LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
brandon@bblocklaw.com
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210
Telephone: 424.600.9454
Facsimile:  424.600.9454

Attorneys for Plaintiff
CLAYTON IRVING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON IRVING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC, <u>et</u> <u>al</u>.,<br><br>　　　　Defendants. | Case No. 5:23-cv-02038-MCS-SP<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire action. Given the upcoming holidays and counsel's respective schedules, the settlement should be completed within the next 60 calendar days, upon which plaintiff will file a dismissal of this entire action, with prejudice.

Dated: December 4, 2023

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

/s/ Brandon A. Block
Brandon A. Block

Attorneys for Plaintiff
CLAYTON IRVING